**William Irvin MARABLE, Sr., Petitioner–Appellant,**

v.

**G.M. HINKLE, Respondent–Appellee.**

**No. 00–6886.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 22, 2001.

William Irvin Marable, Sr., pro se. Thomas Drummond Bagwell, Assistant Attorney General, Richmond, VA, for appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Irvin Marable, Sr., appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Marable v. Hinkle,* No. CA–99–765 AM (E.D. Va. filed June 12, 2000; entered June 14, 2000). We also deny Marable's motions for appointment of counsel and for production of court files or papers. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*